UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NUMBER: 5:16-CR-290-1BO

United States of America

vs.   ORDER

Brandon Ahart Hampton

IT IS HEREBY ORDERED that the following jury trial exhibits be returned to **Det. Greg Wilkerson, Spring Lake Police Dept.,** and remain in his custody through any proceeding on appeal or review:

Government's Exhibits:
#21 - Ruger P89 Handgun
#22 - Magazine
#23 - Winchester Ammunition
#24 - 9mm Ammunition

Agent: _[signature]_

This 21th day of February, 2018.

_[signature]_
TERRENCE W. BOYLE, US District Judge