IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO. 5:16-CR-00290-BO-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | ORDER ON |
| | ) | DEFENDANT'S UNOPPOSED |
| Plaintiff, | ) | MOTION TO RELEASE |
| | ) | PRETRIAL SERVICES REPORT |
| v. | ) | AND PRESENTENCE |
| | ) | INVESTIGATION REPORT |
| BRANDON AHART HAMPTON, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court on the unopposed motion of Defendant Brandon Ahart Hampton to allow the release of the sealed Pretrial Services Report (DE 18) and sealed Presentence Investigation Report (DE 73) for the limited purpose of allowing the use of the reports in connection with Mr. Hampton's court-ordered psychiatric or psychological examination. For good cause shown, the motion is GRANTED. Mr. Hampton's counsel may provide the Pretrial Services Report and Presentence Investigation Report to Lisa Feldman, Psy. D., in connection with her examination of Mr. Hampton.

IT IS SO ORDERED.

This the 8 day of August, 2018.

TERRENCE W. BOYLE
United States District Judge