UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-CR-290-D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| BRANDON AHART HAMPTON | ) | |

Upon motion of the United States, it is hereby ORDERED, for good cause shown based on the facts and reasons stated in the motion, that the United States' Motion for Government Witness to Appear via VTC for Competency Hearing is GRANTED.

SO ORDERED, this _1_ of January, 2019.

JAMES C. DEVER, III
U.S. District Judge