IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO. 5:16-CR-00290-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | ORDER GRANTING |
| v. ) | MOTION TO SEAL |
| ) | SENTENCING MEMORANDUM |
| ) | |
| BRANDON AHART HAMPTON ) | |

This matter comes before the Court on the motion (DE 76) of Defendant Brandon Ahart Hampton to seal his sentencing memorandum (DE 75). Having considered the motion and other matters of record, the Court finds that sealing is necessary to give effect to Local Criminal Rule 32.2(j), and therefore the motion to seal should be GRANTED.

SO ORDERED. This __4__ day of January 2019.

JAMES C. DEVER III
United States District Judge